IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RANDY KESSLER; BRENDA KESSLER,

      Plaintiffs,

v.

OREGON HEALTH AND SCIENCE
UNIVERSITY, DR. THOMAS J.
VALVANO, M.D.; SARAH POWERS,

      Defendants.

1:13-cv-01022-CL

**ORDER**

---

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Findings and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no
objections have been filed, this court reviews the legal
principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d

1 - ORDER

1202, 1206 (9th Cir. 1983).

     I have given this matter *de novo* review.  I find no error.

Accordingly, I ADOPT the Findings and Recommendation (#15).

Defendants' motion to dismiss (#13) is GRANTED.

     IT IS SO ORDERED.


     DATED this ___29___ day of October, 2013.

                               OWEN M. PANNER
                               U.S. DISTRICT JUDGE

2 - ORDER